**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Larry D. Smith Jr., a/k/a Larry D. Smith**
**Debtor(s)**

**BK NO. 23-02739 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
13 Dec 2023, 13:43:32, EST


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322