| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RJ / EEF 20132087 | 01/300 | 1009151 | 61 of 1 |

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

# Earnings Statement



Period Starting: 10/30/2023
Period Ending: 11/12/2023
Pay Date: 11/17/2023

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
- Federal: 0    Federal: 0.00 Flat
- State: 0    State: 0.00 Flat
- Local: 0    Local: 0.00 Flat

Social Security Number:

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 31.5000 | 72.00 | 2268.00 | 51943.50 |
| Overtime | 47.2500 | 38.50 | 1819.13 | 10300.53 |
| Vacation | | | 0.00 | 4819.50 |
| Holiday | 31.5000 | 8.00 | 252.00 | 1764.00 |
| **Gross Pay** | | | **$4,339.13** | **$68,827.53** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 3714.07 |
| Social Security | -265.93 | 4196.01 |
| Medicare | -62.19 | 981.32 |
| Maryland State Income | 0.00 | 0.00 |
| Pennsylvania State Income | 0.00 | 1368.70 |
| Peach Bottom T Local | 0.00 | 445.86 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) employee before tax | -216.95 | 3441.29 |
| 401(k) Loan 1 repayment | 0.00 | 3155.39 |
| *HSA CAF125 pre-tax $ | -50.00 | 1150.00 |
| Bankruptcy | -98.31 | 2261.13 |
| **Net Pay** | **$3,645.75** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | -1.47 |
| - Accrued Hours | 6.46 | 147.15 |
| - Taken Hours | 0.00 | 153.00 |
| - Balance | | -5.85 |
| Total Hours Worked | 110.50 | 1867.00 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| | | 3645.75 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $4,072.18
* Excluded from Federal taxable wages

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

Pay Date: 11/17/2023

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| | | 3645.75 |

THIS IS NOT A CHECK

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322

| Company Code | Loc/Dept | Number Page |
|---|---|---|
| RJ / EEF 20132087 | 01/300 | 100629461 of 1 |

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

# Earnings Statement



Period Starting: 10/16/2023
Period Ending: 10/29/2023
Pay Date: 11/03/2023

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal: 0.00 Flat
  State: 0   State: 0.00 Flat
  Local: 0   Local: 0.00 Flat
Social Security Number:

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 31.5000 | 80.00 | 2520.00 | 49675.50 |
| Overtime | 47.2500 | 18.00 | 850.50 | 8481.40 |
| Vacation | | | 0.00 | 4819.50 |
| Holiday | | | 0.00 | 1512.00 |
| **Gross Pay** | | | **$3,370.50** | **$64,488.40** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 3714.07 |
| Social Security | -205.87 | 3930.08 |
| Medicare | -48.15 | 919.13 |
| Maryland State Income | 0.00 | 0.00 |
| Pennsylvania State Income | 0.00 | 1368.70 |
| Peach Bottom T Local | 0.00 | 445.86 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) employee before tax | -168.52 | 3224.34 |
| 401(k) Loan 1 repayment | 0.00 | 3155.39 |
| *HSA CAF125 pre-tax $ | -50.00 | 1100.00 |
| Bankruptcy | -98.31 | 2162.82 |

**Net Pay**    **$2,799.65**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
|  - Carry Over | | -1.47 |
|  - Accrued Hours | 6.46 | 140.68 |
|  - Taken Hours | 0.00 | 153.00 |
|  - Balance | | -12.32 |
| Total Hours Worked | 98.00 | 1756.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| | | 2799.65 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,151.98
* Excluded from Federal taxable wages

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

Pay Date: 11/03/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | | | 2799.65 |

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

# Earnings Statement

ADP

Period Starting: 10/02/2023
Period Ending: 10/15/2023
Pay Date: 10/20/2023

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
   Federal: 0       Federal: 0.00 Flat
   State: 0         State: 0.00 Flat
   Local: 0         Local: 0.00 Flat
Social Security Number:

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322

| Earnings | rate | hours/units | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 31.5000 | 80.00 | 2520.00 | 47155.50 |
| Overtime | 47.2500 | 18.00 | 850.50 | 7630.90 |
| Vacation | | | 0.00 | 4819.50 |
| Holiday | | | 0.00 | 1512.00 |
| **Gross Pay** | | | **$3,370.50** | **$61,117.90** |

| Statutory Deductions | this period | year to date |
| --- | --- | --- |
| Federal Income | 0.00 | 3714.07 |
| Social Security | -205.87 | 3724.21 |
| Medicare | -48.14 | 870.98 |
| Maryland State Income | 0.00 | 0.00 |
| Pennsylvania State Income | 0.00 | 1368.70 |
| Peach Bottom T Local | 0.00 | 445.86 |

| Voluntary Deductions | this period | year to date |
| --- | --- | --- |
| *401(k) employee before tax | -168.52 | 3055.82 |
| 401(k) Loan 1 repayment | 0.00 | 3155.39 |
| *HSA CAF125 pre-tax $ | -50.00 | 1050.00 |
| Bankruptcy | -98.31 | 2064.51 |
| **Net Pay** | | **$2,799.66** |

| Other Benefits and Information | this period | year to date |
| --- | --- | --- |
| Vacation | | |
|  - Carry Over | | -1.47 |
|  - Accrued Hours | 6.46 | 134.22 |
|  - Taken Hours | 0.00 | 153.00 |
|  - Balance | | -18.78 |
| Total Hours Worked | 98.00 | 1658.50 |

| Deposits account number | transit/ABA | amount |
| --- | --- | --- |
| | | 2799.66 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $3,151.98
* Excluded from Federal taxable wages

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

Pay Date: 10/20/2023

| Deposited to the account | account number | transit/ABA | amount |
| --- | --- | --- | --- |
| Checking DirectDeposit | | | 2799.66 |

THIS IS NOT A CHECK

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RJ / EEF 20132087 | 01/300 | 100165971 | of 1 |

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

# Earnings Statement

**ADP**

Period Starting: 09/18/2023
Period Ending: 10/01/2023
Pay Date: 10/06/2023

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
- Federal: 0 — Federal:
- State: 0 — State:
- Local: 0 — Local:
Social Security Number:

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 31.5000 | 80.00 | 2520.00 | 44635.50 |
| Overtime | 47.2500 | 9.00 | 425.25 | 6780.40 |
| Vacation | | | 0.00 | 4819.50 |
| Holiday | | | 0.00 | 1512.00 |
| **Gross Pay** | | | **$2,945.25** | **$57,747.40** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -244.53 | 3714.07 |
| Social Security | -179.51 | 3518.34 |
| Medicare | -41.98 | 822.84 |
| Maryland State Income | 0.00 | 0.00 |
| Pennsylvania State Income | -88.88 | 1368.70 |
| Peach Bottom T Local | -28.95 | 445.86 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) employee before tax | -147.26 | 2887.30 |
| 401(k) Loan 1 repayment | 0.00 | 3155.39 |
| *HSA CAF125 pre-tax $ | -50.00 | 1000.00 |
| Bankruptcy | -98.31 | 1966.20 |

| **Net Pay** | | **$2,065.83** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | -1.47 |
| - Accrued Hours | 6.46 | 127.76 |
| - Taken Hours | 0.00 | 153.00 |
| - Balance | | -25.24 |
| Total Hours Worked | 89.00 | 1560.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| | | 2065.83 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $2,747.99
* Excluded from Federal taxable wages

---

International Chemstar
9601 Pulaski Park Drive
Suite 406
Baltimore, MD 21220

Pay Date: 10/06/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | | | 2065.83 |

**THIS IS NOT A CHECK**

Larry D Smith Jr
14731 Trout School Road
Felton, PA 17322