United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                       Case No. 23-02739-HWV

Larry D. Smith, Jr.                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                        Page 1 of 3

Date Rcvd: Feb 09, 2024                        Form ID: ntcnfhrg                                    Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry D. Smith, Jr., 14731 Trout School Road, Felton, PA 17322-8227 |
| 5581805 | + | Chesapeake Urology Associates, PO Box 829922, Philadelphia, PA 19182-1922 |
| 5595041 | | First Investor Serv c/o Peritus Portfolio Svcs II, P.O. Box 141419, Irving, TX 75014-1419 |
| 5581814 | | Leonardo Girio-Herrera, DO, LLC, c/o Physicians Medical Billing, 10845 Philadelphia Road, White Marsh, MD 21162-1717 |
| 5594999 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5581816 | | Maryland Endoscopoy Center, PO Box 30250, Nashville, TN 37230-5250 |
| 5581817 | | MedStar Good Samaritan Physicians, PO Box 417833, Boston, MA 02241-7833 |
| 5581818 | | MedStar Medical Group, PO Box 4185967, Boston, MA 02241-8597 |
| 5581821 | #+ | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 5581826 | | University of Maryland, Upper Chesapeake Medical Center, PO Box 418701, Boston, MA 02241-8701 |
| 5581827 | + | Upper Chesapeake Medical Services, PO Box 418094, Boston, MA 02241-8094 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5595263 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 18:48:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5581806 | | Email/Text: cfcbackoffice@contfinco.com | Feb 09 2024 18:48:00 | Continental Finance Company, 4550 Linden Hill Road, Suite 4, Wilmington, DE 19808 |
| 5581807 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2024 18:48:24 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5581808 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Feb 09 2024 18:49:00 | First Investors Financial Services, 380 Interstate North Parkway #300, Atlanta, GA 30339-2222 |
| 5581809 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 09 2024 18:48:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5581811 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2024 18:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5581812 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2024 18:49:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5581813 | ^ | MEBN | Feb 09 2024 18:44:31 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5594291 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 18:58:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 5594130 | ^ MEBN | | | |
|---|---|---|---|---|
| | | | Feb 09 2024 18:43:17 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5581815 | + Email/Text: camanagement@mtb.com | | | |
| | | | Feb 09 2024 18:48:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5581820 | Email/Text: ml-ebn@missionlane.com | | | |
| | | | Feb 09 2024 18:48:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 5581819 | + Email/Text: bankruptcydpt@mcmcg.com | | | |
| | | | Feb 09 2024 18:49:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5581822 | Email/PDF: cbp@omf.com | | | |
| | | | Feb 09 2024 18:48:05 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5581823 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | | |
| | | | Feb 09 2024 18:49:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5594434 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | | Feb 09 2024 18:58:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5581824 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | | Feb 09 2024 18:59:02 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5582435 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | | |
| | | | Feb 09 2024 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5581825 | + Email/Text: bankruptcydepartment@tsico.com | | | |
| | | | Feb 09 2024 18:49:00 | Transworld System, Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 5581828 | Email/Text: kcm@yatb.com | | | |
| | | | Feb 09 2024 18:48:00 | York Adams Tax Bureau, 1405 North Duke Street, PO Box 15627, York, PA 17405-0156 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5581810 | ##+ | Fox and Fox, 1 Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Larry D. Smith  Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larry D. Smith Jr.,
aka Larry D. Smith,

          **Debtor 1**

Chapter      13

Case No.      1:23‒bk‒02739‒HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 6, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: March 13, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013‒4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty‒four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074‒1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901‒2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday ‒ Friday 9:00 AM ‒ 4:00 PM | Date: February 9, 2024 |

ntcnfhrg (08/21)