UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LARRY D. SMITH, JR.       :  CHAPTER 13
        Debtor                :
                            :
        JACK N. ZAHAROPOULOS   :
        STANDING CHAPTER 13 TRUSTEE  :
          Movant             :
                            :
        vs.                  :
                            :
        LARRY D. SMITH, JR.       :
          Respondent        :  CASE NO.   1-23-bk-02739

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this  8th  day of February, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

          a.  The plan is underfunded relative to claims to be paid.
              No amount estimated for M & T Claim.

      2.  Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

          a.  The debtor has not provided to the Trustee copies of 2022
              Federal Income Tax returns as required by § 521(e)(2)(A).

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

          a.  Deny confirmation of debtor(s) plan.
          b.  Dismiss or convert debtor(s) case.
          c.  Provide such other relief as is equitable and just.

                      Respectfully submitted:

                      Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

          BY:     /s/Douglas R. Roeder
                      Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   14th   day of February, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee