# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larry D. Smith Jr., aka Larry D. Smith, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−02739−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 9, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 10, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Larry D. Smith, Jr. <br> a/k/a Larry D. Smith <br> **Debtor 1** | **Chapter** 13 <br><br> **Case No.** 1:23-BK-02739-HWV <br><br> **Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, April 10, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:23-bk-02739-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Sat Mar  9 15:44:59 EST 2024 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Chesapeake Urology Associates<br>PO Box 829922<br>Philadelphia, PA 19182-1922 | (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | First Investor Serv c/o Peritus Portfolio Sv<br>P.O. Box 141419<br>Irving, TX 75014-1419 | First Investors Financial Services<br>380 Interstate North Parkway #300<br>Atlanta, GA 30339-2222 |
| Fortiva<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Fox and Fox<br>1 Montgomery Plaza, Suite 706<br>Norristown, PA 19401-4852 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML Law Group, PC<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lakeview Loan Servicing LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | Leonardo Girio-Herrera, DO, LLC<br>c/o Physicians Medical Billing<br>10845 Philadelphia Road<br>White Marsh, MD 21162-1717 | M&T BANK<br>PO Box 1508, Buffalo, NY 14240 |
| M&T Bank<br>Attn: Legal Document Processing<br>626 Commerce Drive<br>Amherst, NY 14228-2391 | Maryland Endoscopoy Center<br>PO Box 30250<br>Nashville, TN 37230-5250 | MedStar Good Samaritan Physicians<br>PO Box 417833<br>Boston, MA 02241-7833 |
| MedStar Medical Group<br>PO Box 4185967<br>Boston, MA 02241-8597 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>PO Box 939069<br>San Diego, CA 92193-9069 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057-3125 | OneMain Financial<br>601 NW 2nd Street<br>PO Box 3251<br>Evansville, IN 47731-3251 | PA Department of Revenue<br>Attn: Bankruptcy Division<br>PO Box 280496<br>Harrisburg, PA 17128-0946 |
| PRA Receivables Management, LLC<br>d/b/a Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

Transworld System, Inc.
PO Box 15618
Wilmington, DE 19850-5618

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

University of Maryland
Upper Chesapeake Medical Center
PO Box 418701
Boston, MA 02241-8701

Upper Chesapeake Medical Services
PO Box 418094
Boston, MA 02241-8094

York Adams Tax Bureau
1405 North Duke Street
PO Box 15627
York, PA 17405-0156

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Larry D. Smith Jr.
14731 Trout School Road
Felton, PA 17322-8227

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck NJ 07666

Continental Finance Company
4550 Linden Hill Road, Suite 4
Wilmington, DE 19808

Jefferson Capital Systems, LLC
16 Mcleland Road
PO Box 7999
Saint Cloud, MN 56302-9617

Mission Lane
PO Box 105286
Atlanta, GA 30348

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38