**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larry D. Smith, Jr.
a/k/a Larry D. Smith
**Debtor 1**

Larry D. Smith, Jr.
a/k/a Larry D. Smith
**Movant(s)**
v.
Lakeview Loan Servicing, LLC
**Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
**Additional Respondent**

**Chapter** 13

**Case No.** 1:23-BK-02739-HWV

**Matter:** Motion to Reimpose Automatic Stay

### DEBTOR(S)' MOTION TO REIMPOSE AUTOMATIC STAY

AND NOW, come the Debtor(s), Larry D. Smith, Jr., through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reimpose Automatic Stay and aver as follows:

1. Debtor(s) filed a voluntary Chapter 13 Petition and Plan on or about December 1, 2023. Debtor(s)' First Amended was confirmed by Order of Court dated April 10, 2024.

2. At the time of filing, Debtor(s) were indebted to Lakeview Loan Servicing, LLC ("Respondent(s)") for Debtor(s)' personal residence located at 14731 Trout School Road, Felton, York County, Pennsylvania.

3. On or about July 25, 2024, Respondent(s) filed a Motion for Relief from the Automatic Stay (the "Motion"), alleging that Debtor(s) had not made post-petition payments and a hearing was subsequently scheduled for August 20, 2024.

4. On or about July 26, 2024, Debtor(s) filed an answer to the Motion alleging that Debtor(s) stood ready to bring their account current with Respondent(s) under terms agreeable to the parties.

5. On or about September 25, 2024 this Honorable Court entered an Order approving the Stipulation which was filed on or about September 25, 2024.

6. On or about January 14, 2025, Respondent(s) filed a Certificate of Default for Debtor(s)' failure to bring their account current per the stipulation terms, and an Order granting the Motion was entered on January 15, 2025 lifting the automatic stay with regard to Debtor(s)' personal residence.

7. Debtor(s) stand ready to cure all post-petition arrears owed to Respondent(s) and request that this Honorable Court reinstate the automatic stay with regard to Debtor(s)' personal residence.

WHEREFORE, Debtor(s) respectfully requests that the Court enter an Order in the form of the attached proposed Order, reimposing the automatic stay with respect to Debtor(s)' personal residence.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: January 31, 2025

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Larry D. Smith, Jr.<br>a/k/a Larry D. Smith<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-02739-HWV |
| Larry D. Smith, Jr.<br>a/k/a Larry D. Smith<br>**Movant(s)**<br>v.<br>Lakeview Loan Servicing, LLC<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Matter:** Motion to Reimpose Automatic Stay |

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor(s)' Motion to Reinstate Automatic Stay, and good cause having been shown, IT IS ORDERED that the automatic stay with respect to Debtor(s)' personal residence located at 14731 Trout School Road, Felton, York County, Pennsylvania is HEREBY REIMPOSED.

## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larry D. Smith, Jr. <br> a/k/a Larry D. Smith <br> **Debtor 1** | **Chapter** 13 <br> **Case No.** 1:23-BK-02739-HWV |
| Larry D. Smith, Jr. <br> a/k/a Larry D. Smith <br> **Movant(s)** <br> v. <br> Lakeview Loan Servicing, LLC <br> **Respondent(s)** <br> Jack N. Zaharopoulos, Esquire <br> Standing Chapter 13 Trustee <br> **Additional Respondent** | **Matter:** Motion to Reimpose Automatic Stay |

### CERTIFICATE OF SERVICE

I hereby certify that on Friday, January 31, 2025, I served a true and correct copy of the **Debtor(s)' Motion to Reimpose Automatic Stay and proposed Order** in this proceeding via electronic means of USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:23-bk-02739-HWV
Middle District of Pennsylvania
Harrisburg
Sat Mar  9 15:44:59 EST 2024

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Chesapeake Urology Associates
PO Box 829922
Philadelphia, PA 19182-1922

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

First Investor Serv c/o Peritus Portfolio Sv
P.O. Box 141419
Irving, TX 75014-1419

First Investors Financial Services
380 Interstate North Parkway #300
Atlanta, GA 30339-2222

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

Fox and Fox
1 Montgomery Plaza, Suite 706
Norristown, PA 19401-4852

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Leonardo Girio-Herrera, DO, LLC
c/o Physicians Medical Billing
10845 Philadelphia Road
White Marsh, MD 21162-1717

M&T Bank
PO Box 1508, Buffalo, NY 14240

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2391

Maryland Endoscopoy Center
PO Box 30250
Nashville, TN 37230-5250

MedStar Good Samaritan Physicians
PO Box 417833
Boston, MA 02241-7833

MedStar Medical Group
PO Box 4185967
Boston, MA 02241-8597

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
PO Box 939069
San Diego, CA 92193-9069

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057-3125

OneMain Financial
601 NW 2nd Street
PO Box 3251
Evansville, IN 47731-3251

PA Department of Revenue
Attn: Bankruptcy Division
PO Box 280496
Harrisburg, PA 17128-0946

PRA Receivables Management, LLC
d/b/a Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-1067

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| Transworld System, Inc.<br>PO Box 15618<br>Wilmington, DE 19850-5618 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | University of Maryland<br>Upper Chesapeake Medical Center<br>PO Box 418701<br>Boston, MA 02241-8701 |
| Upper Chesapeake Medical Services<br>PO Box 418094<br>Boston, MA 02241-8094 | York Adams Tax Bureau<br>1405 North Duke Street<br>PO Box 15627<br>York, PA 17405-0156 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Larry D. Smith Jr.<br>14731 Trout School Road<br>Felton, PA 17322-8227 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck NJ 07666 | Continental Finance Company<br>4550 Linden Hill Road, Suite 4<br>Wilmington, DE 19808 |
| Jefferson Capital Systems, LLC<br>16 Mcleland Road<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Mission Lane<br>PO Box 105286<br>Atlanta, GA 30348 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38