IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry D. Smith, Jr. aka Larry D. Smith<br>  Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>  Secured Creditor<br>vs.<br>Larry D. Smith, Jr. aka Larry D. Smith<br>  Debtor(s) | CASE NO. 1:23-bk-02739-HWV |
| Jack N Zaharopoulos<br>  Trustee | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of the Motion to Reimpose Automatic Stay filed by the Debtor, Doc. 54, and it appearing that the parties have resolved this matter via Stipulation, Doc. 61, it is

**ORDERED** that the Stipulation is **APPROVED**. However, this Court retains discretion regarding entry of any further Order. It is further

**ORDERED** that the Court's January 15, 2025 Order is **VACATED**.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 14, 2025