**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larry D. Smith, Jr.<br>a/k/a Larry D. Smith<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:23-BK-02739-HWV |
| | **Matter:** Motion for Termination of Wage Attachment Order |

### MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Larry D. Smith, Jr., through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1)      Debtor(s) filed a Chapter 13 Petition on or about December 1, 2023.

2)      Debtor 1 previously received regular income from employment with International ChemStar which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3)      Debtor 1 wishes to terminate this wage attachment as Debtor 1 is no longer employed.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

Respectfully submitted,

Date: February 19, 2026

/s/ Larry D. Smith, Jr.

Debtor 1

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larry D. Smith, Jr. | **Chapter** 13 |
| a/k/a Larry D. Smith | |
| **Debtor 1** | **Case No.** 1:23-BK-02739-HWV |
| | **Matter:** Motion for Termination of Wage Attachment Order |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income

should immediately cease the wage attachment in the amount of **$834.47** from each **bi-weekly** paycheck.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larry D. Smith, Jr.
a/k/a Larry D. Smith
    **Debtor 1**

**Chapter** 13

**Case No.** 1:23-BK-02739-HWV

**Matter:** Motion for Termination of Wage Attachment Order

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, February 19, 2026, I served a true and correct copy of the **Debtor(s)' Motion**

**for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
International ChemStar
Attn: Payroll Department
9601 Pulaski Prive Drive, Suite 406
Middle River,  MD 21220

<u>Via Electronic Means</u>
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036


/s/ Kathryn S. Greene

Kathryn S. Greene, MLS, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire