United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Larry D. Smith, Jr.

Debtor

Case No. 23-02739-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Larry D. Smith, Jr., 14731 Trout School Road, Felton, PA 17322-8227 |
| cr | + | First Investors Servicing Corporation, 5555 Glenridge Connector, Atlanta, GA 30342-4759 |
| 5581805 | + | Chesapeake Urology Associates, PO Box 829922, Philadelphia, PA 19182-1922 |
| 5581810 | + | Fox and Fox, 1 Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |
| 5581814 | | Leonardo Girio-Herrera, DO, LLC, c/o Physicians Medical Billing, 10845 Philadelphia Road, White Marsh, MD 21162-1717 |
| 5594999 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5581816 | | Maryland Endoscopoy Center, PO Box 30250, Nashville, TN 37230-5250 |
| 5581817 | | MedStar Good Samaritan Physicians, PO Box 417833, Boston, MA 02241-7833 |
| 5581818 | | MedStar Medical Group, PO Box 4185967, Boston, MA 02241-8597 |
| 5581826 | | University of Maryland, Upper Chesapeake Medical Center, PO Box 418701, Boston, MA 02241-8701 |
| 5581827 | + | Upper Chesapeake Medical Services, PO Box 418094, Boston, MA 02241-8094 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5595575 | | EDI: ATLASACQU | Feb 20 2026 23:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5595263 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:40:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5581806 | | Email/Text: cfcbackoffice@contfinco.com | Feb 20 2026 18:38:00 | Continental Finance Company, 4550 Linden Hill Road, Suite 4, Wilmington, DE 19808 |
| 5581807 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2026 18:40:52 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5595041 | | Email/Text: peritus@ebn.phinsolutions.com | Feb 20 2026 18:38:00 | First Investor Serv c/o Peritus Portfolio Svcs II, P.O. Box 141419, Irving, TX 75014-1419 |
| 5581808 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Feb 20 2026 18:38:00 | First Investors Financial Services, 380 Interstate North Parkway #300, Atlanta, GA 30339-2222 |
| 5581809 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 20 2026 18:38:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5581811 | + | EDI: IRS.COM | Feb 20 2026 23:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5581812 | | EDI: JEFFERSONCAP.COM | Feb 20 2026 23:37:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5581813 | ^ | MEBN | Feb 20 2026 18:35:20 | KML Law Group, PC, BNY Mellon Independence |

| Recip ID | Bypass Reason | | Name and Address |
|---|---|---|---|
| 5594291 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 20 2026 18:40:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594130 | ^ | MEBN | |
| | | Feb 20 2026 18:35:17 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5581815 | + | Email/Text: camanagement@mtb.com | |
| | | Feb 20 2026 18:38:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5581820 | | Email/Text: ml-ebn@missionlane.com | |
| | | Feb 20 2026 18:38:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 5581819 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 20 2026 18:38:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5581822 | | EDI: AGFINANCE.COM | |
| | | Feb 20 2026 23:37:00 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5581823 | | EDI: PENNDEPTREV | |
| | | Feb 20 2026 23:37:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5594434 | | EDI: PRA.COM | |
| | | Feb 20 2026 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5581824 | | EDI: PRA.COM | |
| | | Feb 20 2026 23:37:00 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5582435 | | EDI: PENNDEPTREV | |
| | | Feb 20 2026 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5581825 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Feb 20 2026 18:38:00 | Transworld System, Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 5581828 | | Email/Text: kcm@yatb.com | |
| | | Feb 20 2026 18:38:00 | York Adams Tax Bureau, 1405 North Duke Street, PO Box 15627, York, PA 17405-0156 |

*(Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 — continuation of first entry)*

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5581821 | ##+ | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Larry D. Smith  Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com,rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor First Investors Servicing Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larry D. Smith Jr.,               Chapter      13
aka Larry D. Smith,

    **Debtor 1**                   Case No.      1:23–bk–02739–HWV

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  February 20, 2026

ordsmiss (05/18)